PAULINE STIEVELMAN, as Administratrix, etc., of ALBERT STIEVELMAN, Deceased, Respondent, *v.* DONNENFELD COAL COMPANY, INC., Appellant.

First Department, October 30, 1936.

*Milton M. Gettinger* of counsel [*Gettinger & Gettinger*, attorneys], for the appellant.

*Stanley S. Groggins* of counsel [*Schneider & Groggins*, attorneys], for the respondent.

PER CURIAM. The order should be reversed, with twenty dollars costs and disbursements, and the motion denied, with ten dollars costs. A motion for a new trial on exceptions could not be heard in the first instance by the Appellate Division after it had been heard and denied by the trial court. (*Babad* v. *Colton Dental Association*, 150 App. Div. 561; *Starbuck* v. *Smith*, 173 id. 954; *Oglesby* v. *Massachusetts Accident Co.*, 212 id. 886.)

Present — MARTIN, P. J., McAVOY, UNTERMYER, DORE and COHN, JJ.

Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, with ten dollars costs.